| | | | |
|---|---|---|---|
| In re B.J.; Appeal of R.J. . . . . . . . . . . . . . . | 781 WDA 2016<br>Affirmed | 01/06/2017 | CP–02–AP–00010–2016<br>(Allegheny) |
| M.P. v. M.A.P. . . . . . . . . . . . . . . . . . . . . . . | 897 WDA 2016<br>Affirmed | 01/06/2017 | No. 2014–7015<br>(Washington) |
| Com. v. Chukwu . . . . . . . . . . . . . . . . . . . . | 1711 EDA 2015<br>Affirmed | 01/09/2017 | CP–51–CR–0010979–<br>2011<br>(Philadelphia) |
| Com. v. Stokes . . . . . . . . . . . . . . . . . . . . . . | 3189 EDA 2015<br>Affirmed | 01/09/2017 | CP–51–CR–0002599–<br>2010<br>(Philadelphia) |
| Com. v. Stinson . . . . . . . . . . . . . . . . . . . . . | 3273 EDA 2015<br>Affirmed | 01/09/2017 | CP–51–CR–0004941–<br>2014<br>(Philadelphia) |
| Com. v. Spellman . . . . . . . . . . . . . . . . . . . | 3781 EDA 2015<br>Affirmed | 01/09/2017 | CP–51–CR–0001160–<br>2011<br>(Philadelphia) |
| Morrison v. Mahoney . . . . . . . . . . . . . . . . | 973 EDA 2016<br>Affirmed | 01/09/2017 | No. 2013–07606<br>(Bucks) |
| Com. v. Rodriguez . . . . . . . . . . . . . . . . . . | 1075 EDA 2016<br>Affirmed | 01/09/2017 | CP–15–CR–0000374–<br>1992<br>(Chester) |
| In the Interest of P.K.K. . . . . . . . . . . . . . . | 1151 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/09/2017 | CP–51–AP–0000668–<br>2014<br>CP–51–DP–0000993–<br>2013<br>(Philadelphia) |
| In the Interest of J.Z.K. . . . . . . . . . . . . . . | 1152 EDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/09/2017 | CP–51–AP–0000669–<br>2014<br>CP–51–DP–0000994–<br>2013<br>(Philadelphia) |
| Com. v. Willis . . . . . . . . . . . . . . . . . . . . . . | 1162 EDA 2016<br>Affirmed | 01/09/2017 | CP–45–CR–0000602–<br>2006<br>(Monroe) |
| Com. v. Hubert . . . . . . . . . . . . . . . . . . . . . | 1762 EDA 2016<br>Affirmed | 01/09/2017 | CP–15–CR–0005184–<br>2007<br>(Chester) |
| In the Interest of: K.Z.G. . . . . . . . . . . . . . | 1924 EDA 2016<br>Affirmed | 01/09/2017 | CP–51–AP–0000246–<br>2016<br>FID 51–FN–472320–<br>2009<br>(Philadelphia) |
| In the Interest of: B.T. . . . . . . . . . . . . . . . | 1928 EDA 2016<br>Affirmed | 01/09/2017 | CP–51–AP–0000245–<br>2016<br>FID 51–FN–472320–<br>2009<br>(Philadelphia) |
| Com. v. Durkin . . . . . . . . . . . . . . . . . . . . . | 2017 EDA 2016<br>Affirmed | 01/09/2017 | CP–09–CR–0007257–<br>2007<br>(Bucks) |